**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KASHTA HUNTER,**<br><br>Plaintiff,<br><br>v.<br><br>**FORD MOTOR COMPANY, et. al,**<br><br>Defendants. | Case No.: 1:24-cv-00757-KES-SKO<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**<br><br>**(Doc. 10)** |

On November 22, 2024, the appearing parties filed a "Joint Stipulation of Dismissal [FRCP 41(A)] and Order of Dismissal" (Doc. 10.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 22, 2024**         /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE